STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
HAROLD ROWE, PLAINTIFF IN ERROR.

Submitted February 17, 1939—Decided April 21, 1939.

For the defendant in error, *David T. Wilentz,* attorney-general, and *Alexander F. Ormsby,* assistant attorney-general.

For the plaintiff in error, *Thomas Brunetto.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, BODINE, DONGES, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ.   13.

*For reversal*—None.